| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **RAS Citron, LLC**<br>130 Clinton Road, Lobby B, Suite 202<br>Fairfield, NJ 07004<br>(973) 575-0707<br>Attorneys for Secured Creditor<br><br>Laura M. Egerman (LE-8250) | CASE NO.: 15-28859-ABA<br><br>CHAPTER 13<br><br>HEARING DATE:<br><br>JUDGE:  ANDREW B. ALTENBURG JR. |
| **In Re:**<br><br>**RALPH A DAVIS,**<br><br>    Debtor. | |

Order Filed on April 26, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER VACATING THE AUTOMATIC STAY

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: April 26, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

BKY Case No.15-28859-ABA
RAS File No. 17-010585
Order on Automatic Stay

**Page 2**

Debtors:       Ralph A Davis
Case No.:      15-28859-ABA
Caption of Order:   **Order Vacating Automatic Stay**

_____

Upon the motion of RAS Citron, LLC, attorneys for Secured Creditor, NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY, under Bankruptcy Code § 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED as follows:

1. The automatic stay instituted by Bankruptcy Code § 362 is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in regard to the real property located at 868 Market St, Gloucester City, NJ 08030.

2. Secured Creditor may join the Debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

3. ~~Attorneys' fees in the amount of $350.00 and costs in the amount of $176.00 are awarded for the prosecution of this Motion for Relief from Stay.~~

Secured Creditor shall serve this Order on the Debtor(s), any trustee, and any other party who entered an appearance on the motion.